**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SONIA CABRERA,**

           **Plaintiff,**

**-vs-**                                                     **Case No. 6:06-cv-59-Orl-31DAB**

**CELEBRITY RESORTS, INC., CARLOS**
**GUERRERO & JARED MEYERS,**

           **Defendants.**

_____

**ORDER**

This cause comes before the Court on Defendants' Unopposed Motion to Enlarge Time (Doc. No. 7) filed by John M. Campbell, Esq., General Counsel of Celebrity Resorts, Inc.

Mr. Campbell, who is not in good standing as a member of the bar of this Court, may not represent the Defendant Celebrity Resorts, Inc. or the individual Defendants Guerrero and Meyers. Under the Local Rules, "No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule." Local Rule 2.01, United States District Court for the Middle District of Florida. Mr. Campbell may not represent the corporation, which must be represented by counsel admitted to practice before this Court; thus, the Motion to Enlarge Time (Doc. No. 7) as filed by Mr. Campbell is **STRICKEN**. Mr. Campbell also may not represent Defendants Guerrero and Meyers, who must either represent themselves *pro se* or be represented by counsel admitted to practice before this Court.

Counsel for Defendants Celebrity Resorts, Inc., Jared Meyers and Carlos Guerrero shall file an Answer within 11 days of the date of this Order, or be subject to having defaults entered against them.

Mr. Campbell is invited to apply for membership in the Bar of this Court

**DONE** and **ORDERED** in Orlando, Florida on this 8th day of February, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties